**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | | |
|---|---|---|
| **TERESA R. WAGNER,** | ) | **CASE NO. 3:09-CV-00010** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CAROLYN JONES, Former Dean Iowa** | ) | |
| **College of Law (in her official and** | ) | **JOINT PRETRIAL** |
| **individual capacities), and** | ) | **CONFERENCE ORDER** |
| **GAIL BE. AGRAWAL, Dean of the Iowa** | ) | |
| **College of Law, in her official capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

A final Pretrial Conference was held in the above-captioned matter pursuant to

Fed.R.Civ.P. 16 on October 1, 2012.

The following counsel, who will try the case, appeared at the conference:

1.      For Plaintiff:

Stephen T. Fieweger
KATZ, HUNTOON & FIEWEGER, P.C.
1000 – 36th Avenue
P.O. Box 950
Moline, Illinois  61266-0950
Phone:  309-797-3000
Fax:  309-797-2167
E-Mail:  sfieweger@katzlawfirm.com

2.      For Defendants:

George A. Carroll
Jordan G. Esbrook
Assistant Attorneys General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, IA 50319

Phone:  515-281-8330
Fax:  515-281-7219
E-Mail:  George.carroll@iowa.gov

**Accordingly, IT IS ORDERED:**

I.   **THE PARTIES AGREE THAT THE FOLLOWING FACTS ARE TRUE AND UNDISPUTED:**

A.  The United States District Court for the Southern District of Iowa, Davenport has jurisdiction and is the proper venue for this matter.

B.  That Carolyn Jones was Dean of the University of Iowa College of Law from July 2004 to July 2010; that Gail B. Agrawal has been Dean of the College of Law from July 2010 to the present.

C.  Plaintiff Teresa Wagner has been at all times material a staff member at the University of Iowa College of Law and is now the Associate Director of the Writing Resource Center.

D.  That Plaintiff applied for a faculty position in the Legal Analysis Writing and Research (LAWR) program at the College of Law in the fall of 2006.

E.  On January 24, 2007, Plaintiff gave a job talk to the faculty as part of the application process.

F.  On January 26, 2007, Professor Mark Janis advised Plaintiff that the faculty had voted to offer the position to another candidate, but asked if Plaintiff would consider an adjunct position.

G.  Plaintiff was not hired for the adjunct position in 2007.

H.  In the fall of 2008 Plaintiff again applied for a position as a writing instructor and was not interviewed.

II.  **EXHIBITS**

A.   The parties agree that the following exhibits shall be considered to be already in evidence without further offer, proof, or objection.  Specifically, the parties agree that both plaintiff's and defendant's exhibits listed under this portion (Paragraph IIA) of the final pretrial order are in evidence at the commencement of the trial and available for use by any party at any stage of the trial.

1.   Plaintiff's Exhibits

| No.: | Description |
| --- | --- |
| 1. | Mission Statement, May 7, 2006 |
| 3. | 8/17/2006 e-mail from Eric Andersen to Nancy Jones |
| 4. | August 2006, Advertisement for LAWR position |
| 5. | Response to Request to Admit |
| 6. | Teresa Wagner's 10/4/06 letter of formal application for the LAWR job |
| 10. | 10/21/06 e-mail from Mark Janis to Teresa Wagner |
| 11. | 10/25/06 e-mail from Eric Andersen to Jones, et al |
| 12. | 10/30/06 e-mail from Mark Janis to Teresa Wagner |
| 13. | 11/07/06 e-mail from Janis to Tully |
| 14. | 11/17/06 e-mail from Janis to Wagner |
| 15. | 1/3/07 e-mails between Andersen and Carlson |
| 16. | 1/04/07 e-mails between Janis and Tully |
| 20. | LEAVE BLANK |
| 22. | LEAVE BLANK |
| 23. | 1/20/07 E-mail from Carlson |
| 24. | LEAVE BLANK |
| 25. | LEAVE BLANK |
| 30. | Schedule for Wagner's January 24th interview |
| 31. | E-mail dated 1/24/07 from Ted Potter at 4:44 p.m. |
| 32. | January 24, 2007 e-mail from Peggie Smith |
| 38. | Defendant's Response to Request to Produce |

3

| 39. | Dean Jones' Answers to Interrogatories |
|---|---|
| 40. | 1/25/07 minutes |
| 41. | 1/25/07  E-mails between Carlson and Wagner |
| 43. | 1/26/07 e-mail at 4:55 a.m. from Carlson to Dean Jones |
| 47. | 1/30/07 e-mail from Janis to Dean Jones |
| 52. | 2/14/07 letter from Jones to Williamson |
| 53. | Recruitment Summary form signed by Dean Jones |
| 54. | Hiring Justification Summary produced by defendant |
| 56. | Minutes of Faculty Meeting February 15, 2007 |
| 59. | (Group) E-mails from Appointments Committee |
| 65. | 3/20/07 response e-mail from Carlson |
| 69. | 3/22/07 faculty meeting agenda |
| 70. | 3/22/07 faculty meeting minutes |
| 71. | 3/22/07 e-mail from Carlson to Wagner |
| 72. | 3/23/07 e-mail from Carlson to Debra Paul |
| 75. | 3/24/07 E-mail from Carlson to Dean Jones |
| 76. | 7/01/07 letter from Carolyn Jones to Wagner |
| 77. | 11/06/07 letter from Carolyn Jones to Wagner |
| 81. | 2/20/08 e-mail from C. Jones to Adrien Wing |
| 88. | 4/22/08 e-mail from Dean Jones to Eric Andersen |
| 89. | 6/26/08 letter to Wagner offering position of Associate Director of Writing Resource Center |
| 96. | 12/1/08 letter of application from Wagner to Anderson for the Writing Instructor Position |
| 106. | August 2008 ad for the Legal Analysis Writing Research |

| | Instructor job |
|---|---|
| 107. | Fall 2006 Evaluations for Dawn Anderson |
| 108. | (Group) Letters to Dawn Anderson with salary offers |
| 109. | Fall 2006 Evaluations for Dawn Anderson |
| 110. | Spring 2007 Evaluations for Dawn Anderson |
| 111. | Fall 2007 Evaluations for Dawn Anderson |
| 113. | List of Prospective LAWR candidates |
| 125. | Wagner's U of Iowa transcript |
| 130. | 2/19/10 Letter of Recommendation from Nancy Jones |
| 142. | July 2011 Compensation Statement of Dawn Anderson |
| 146. | Faculty Meeting Minutes 1/24/08 |
| 147. | Faculty Meeting Minutes 4/17/08 |
| 148. | Special Faculty Meeting Minutes 5/01/08 |
| 149. | Faculty Meeting Minutes 5/15/08 |
| 150. | Hiring Justification Form for Lorie Reins-Schweer |

2.      Defendants' exhibits

| 151 | Hiring Justification Summary |
|---|---|
| 152 | LEAVE BLANK |
| 164 | E-Mail to Jones from Janis, 11/27/2006 |
| 165 | E-Mail to Andersen from Janis, 2/27/2007 |
| 171 | E-Mail to Janis from Love, 12/19/2008 |
| 172 | E-Mail to Janis from Andersen, 10/25/2006 |
| 173 | E-Mail to Janis from Tully, 1/04/2007 |
| 174 | E-Mail to Andersen from Hovenkamp, 2/27/2007 |
| 175 | E-Mail to Janis from Williamson, 1/03/2007 |
| 177 | Wagner Resume |
| 178 | Draft for Jan. 24 Presentation |
| 179 | E-Mail to Janis from Carlson, 1/11/2007 |
| 180 | E-Mail to Wolfe from Janis, 1/12/2007 |
| 181 | E-Mail to Smith from Janis, 10/30/2006 |
| 182 | E-Mail to Tully from Janis, 2/23/2007 |

| | |
|---|---|
| 183 | E-Mail to Williamson from Janis, 11/20/2006 |
| 184 | E-Mail to LawMailVotingFaculty from Tully, 1/04/2007 |
| 187 | Faculty Meetings |
| 188 | Recruitment Summary Form |
| 189 | E-Mail to LawMailVotingFaculty from Janis, 1/23/2007 |
| 190 | Letter to Jones from Wagner, 7/16/2008 |
| 191 | Letter to Wagner from Jones, 7/1/2007 |
| 192 | Advertisement for AALS Placement Bulletin |
| 193 | Special Faculty Meeting, 1/25/2007 |
| 194 | Faculty Meeting 2/15/2007 |
| 195 | E-Mail to Andersen from Janis, 10/25/2006 |
| 196 | E-Mail to LawMailVotingFaculty from Janis, 12/19/2006 |
| 197 | First-Year Legal Analysis, Writing, & Research Committee [Approved by the faculty on May 11, 2006] |

B.  Parties want to introduce into evidence the following exhibits as to which all foundation, identification, and authenticity objections are waived but to which an opposing party objects on the grounds noted.  It is further agreed that any exhibit listed in this paragraph may be used by any other party provided that party establishes that the exhibit is otherwise admissible.

1.  Plaintiff's Exhibits:

| No.: | Description | Objections |
|---|---|---|
| 7. | 10/6/06 e-mail from Mark Janis to Grace Tully regarding Teresa Wagner | Hearsay |

C.  Parties want to introduce into evidence the following exhibits as to which opposing counsel will object on the grounds noted.  It is further agreed that any exhibit listed in this paragraph may be used by any other party, provided that party establishes that the exhibit is admissible.

1.  Plaintiff's Exhibits:

| No.: | Description | Objections |
|---|---|---|
| 2. | E-mail copied to | Exhibit provided to Defendants does not match |

|  | Dean Jones, 8/17/06 | description. |
|---|---|---|
| 8. | Teresa Wagner's CV | Hearsay; exhibit as presented is incomplete. |
| 9. | Matt Williamson's CV | Hearsay; foundation; relevance |
| 17. | 1/4/07 e-mail from Grace Tully to "LawMailVoting Faculty" | Hearsay; foundation; relevance |
| 18. | 1/07/07 e-mails between Tully and Jean Love | Hearsay; foundation; relevance |
| 19. | 1/19/07 e-mail from Ted Potter to Tully (re Williamson) | Hearsay; foundation; relevance |
| 21. | 1/21/07 e-mail from Alexander Somek re Williamson | Hearsay; foundation; relevance |
| 26. | Matt Williamson 's transcript from law school at Texas | Hearsay; foundation; relevance |
| 27. | Matt Williamson's evaluation scores from his fall 2006 Adjunct position | Hearsay; foundation; relevance |
| 28. | 1/22/07 e-mail from Janis to Tully | Hearsay; foundation; relevance |
| 29. | 1/22/07 e-mail from Kristin Burns, Dean of the Graduate School at Christendom College | Hearsay; foundation; relevance |
| 33. | January 24, 2007 e-mail from Sheldon Kurtz | Hearsay; foundation; relevance |
| 34. | E-mail from Ted Potter on January 24, 2007 at 4:28 p.m. | Hearsay; foundation; relevance |
| 35. | Student Evaluations from Wagner's 01/24/07 Talk | Hearsay; foundation; relevance |
| 36. | Teresa Wagner's instructor ratings | Hearsay; foundation; relevance |
| 37. | 1/25/07 e-mail from Janis | Hearsay; foundation; relevance |

| 42. | 1/25/07 e-mails between Julie Framer and Carlson re edit to 1/25/07 minutes | Hearsay; foundation; relevance |
|---|---|---|
| 44. | 1/26/07 e-mail from Janis to Wagner | Hearsay; foundation; relevance |
| 45. | 1/29/07 e-mail from Wagner to Janis | Hearsay; foundation; relevance |
| 46. | 1/29/07 e-mail from Janis re "hiring adjuncts to meet our remaining LAWR needs" | Hearsay; foundation; relevance |
| 48. | 1/30/07 e-mail from Matt Williamson to Nancy Jones | Hearsay; foundation; relevance |
| 49. | 2/5/07 e-mail between Janis and Nancy Jones | Hearsay; foundation; relevance |
| 50. | 2/4/07 e-mail from Wagner to Carlson and Carlson's 2/5/07 response | Hearsay; foundation; relevance |
| 51. | 2/5/07 e-mail from Carlson to Janis regarding continuing LAWR needs | Hearsay; foundation; relevance |
| 55. | Series of e-mails on 2/14/07 through 2/15/07 re Williamson | Hearsay; foundation; relevance |
| 57. | 2/23/07 e-mails to and from Dean Jones re offer letter to Matt Williamson | Hearsay; foundation; relevance |
| 58. | 2/26/07  e-mails regarding sending offer letter to Williamson | Hearsay; foundation; relevance |
| 60. | 2/27/07 e-mail from Elizabeth Keith, George Mason University School of Law | Hearsay; foundation; relevance |
| 61. | 3/05/07 e-mails between Janis and | Hearsay; foundation; relevance |

| | | |
|---|---|---|
| | Andersen, etc. | |
| 62. | 3/5/07 e-mail from Gordon Tribbey to Janis | Hearsay; foundation; relevance |
| 63. | 3/06/07 e-mails between Julie Kramer and Eric Andersen | Hearsay; foundation; relevance |
| 64. | 3/19/07 from Wagner to Jon Carlson | Hearsay; foundation; relevance |
| 66. | 3/20/07 e-mail from Janis to Tully regarding "feedback on LAWR candidates" | Hearsay; foundation; relevance |
| 67. | 3/20/07 memo regarding candidate for the Adjunct job, Stephanie Legislador | Hearsay; foundation; relevance |
| 68. | 3/20/07 e-mails between Wagner and Carlson | Hearsay; foundation; relevance |
| 73. | 3/23/07 e-mail from Carlson; "11:40 - ?? -- meet with Teresa Wagner to give the bad news." | Hearsay; foundation; relevance |
| 74. | 3/23/07 e-mail from Janis to Carlson and Dean Jones | Hearsay; foundation; relevance |
| 78. | 12/08/07 article from Press-Citizen "A Snapshot of politics at UI" | Hearsay; foundation; relevance |
| 79. | 2/18/08 letter from Stephen Fieweger to Dean Jones | Hearsay; foundation; relevance |
| 80. | 2/18/08 letter from Stephen Fieweger to Dean Jones | Hearsay; foundation; relevance |
| 82. | 3/04/08 letter from Marcus Mills to Fieweger | Hearsay; foundation; relevance |

| 83. | 4/03/08 letter from Fieweger to Mills | Hearsay; foundation; relevance |
|---|---|---|
| 84. | 4/15/08 response from Mills | Hearsay; foundation; relevance |
| 85. | 4/16/08 e-mail from C. Jones to Eric Anderson re Mills' letter | Hearsay; foundation; relevance |
| 86. | 4/22/08 response from Fieweger | Hearsay; foundation; relevance |
| 87. | 4/22/08 e-mail from Nancy Dooley to Dean Jones | Hearsay; foundation; relevance |
| 90. | 7/16/08 letter from Wagner to Dean Jones | Hearsay; foundation; relevance |
| 91. | Letter from State Representative Jeff Kaufmann to Dean Jones | Hearsay; foundation; relevance |
| 92. | 7/29/08 e-mails between Dean Jones and Eric Andersen | Hearsay; foundation; relevance |
| 93. | 10/30/08 e-mail from Eric Andersen to Grace Tully | Hearsay; foundation; relevance |
| 94. | 11/20/08 e-mails between Eric Andersen and Carroll Reasoner | Hearsay; foundation; relevance |
| 95. | 11/21/08 e-mails between Eric Andersen and Carroll Reasoner | Hearsay; foundation; relevance |
| 97. | 12/02/08 e-mail from Andersen to Wagner | Hearsay; foundation; relevance |
| 98. | 12/03/08 e-mail from Andersen to Reasoner | Hearsay; foundation; relevance |
| 99. | 12/16/08 e-mail from Andersen to Reasoner | Hearsay; foundation; relevance |
| 100. | 12/17/08 e-mails between Andersen and Wagner | Hearsay; foundation; relevance |
| 101. | 1/06/09 e-mail from Andersen to Reasoner | Hearsay; foundation; relevance |

|       |                                                                                                   |                                                                     |
|-------|---------------------------------------------------------------------------------------------------|---------------------------------------------------------------------|
|       | (with e-mails between Andersen and Wagner attached)                                                |                                                                     |
| 102.  | 1/23/09 e-mails between Dena Jones and Gordon Tribbey                                              | Hearsay; foundation; relevance                                      |
| 103.  | 1/28/09 e-mail from Dean Jones to Reasoner                                                         | Hearsay; foundation; relevance                                      |
| 103A. | Jon Carlson comment in Iowa City Press Citizen                                                     | Hearsay; foundation; relevance                                      |
| 104.  | 5/01/09 letter from Tribbey to Wagner                                                              | Hearsay; foundation; relevance                                      |
| 105.  | 8/06/09 e-mail sent to Dean Jones from Scott Hassler                                               | Hearsay; foundation; relevance                                      |
| 112.  | 12-19-2006 e-mails between Wagner and Janis                                                        | Hearsay; foundation; relevance                                      |
| 114.  | Plaintiff's Answers to Interrogatories                                                             | Hearsay; foundation; relevance                                      |
| 115.  | Fall 2007 Evaluations for Matt Williamson (Section 7)                                              | Hearsay; foundation; relevance                                      |
| 116.  | Fall 2007 Evaluations for Matt Williamson (Section 8)                                              | Hearsay; foundation; relevance                                      |
| 117.  | 3/12/08 Notes of "Meeting w/ Carin Crain requested by students" and e-mail of 3/13/08 from Crain to Williamson | Hearsay; foundation; relevance                     |
| 118.  | CV of Sheldon Kurtz (excerpted)                                                                    | Hearsay; foundation; relevance; incomplete exhibit                  |
| 119.  | CV of Pat Cain (Biography and Excerpt of Bibliography)                                             | Hearsay; foundation; relevance                                      |
| 120.  | CV of Randall Bezanson (Biography and Excerpt of Bibliography)                                     | Hearsay; foundation; relevance                                      |

| 121. | CV of Jonathan Carlson | Hearsay; foundation; relevance |
|------|------------------------|-------------------------------|
| 122. | CV of Eric Andersen | Hearsay; foundation; relevance |
| 123. | Andersen's handwritten notes re LAWR | Hearsay; foundation; relevance |
| 124. | CV of Dean Carolyn Jones | Hearsay; foundation; relevance |
| 125. | Wagner's U. of Iowa transcript | Hearsay; foundation; relevance |
| 126. | 7/16/08 letter from Wagner to Jones with attachments | Hearsay; foundation; relevance |
| 127. | Recording of Ave Maria Job Interview | Hearsay; foundation; relevance |
| 128. | 9/08/08 Letter from Eugene Milhizer, Dean of Ave Maria School of Law | Hearsay; foundation; relevance |
| 129. | 10/28/08 Letter of Recommendation from David Baldus | Hearsay; foundation; relevance |
| 131. | 1/30/07 Library Recall Notice | Hearsay; foundation; relevance |
| 132. | Videotape with label ("Recycle: 1 year") | Hearsay; foundation; relevance |
| 133. | 5/30/05 Article: "The Radicalization of American Legal Education: Why the Left's Dominance Is Bad for Law Schools and the Law" | Hearsay; foundation; relevance |
| 134. | 10/15 06 Article: "Liberal Bias Rules UNM Law School" | Hearsay; foundation; relevance |
| 135. | 12/20/05 Article: "Leftward Leaning – A Commentary by Prof. Peter Schuck" | Hearsay; foundation; relevance |
| 136. | "Job Talk" Notes | Hearsay; foundation; relevance |
| 137. | Plaintiff's Supplemental Answers to | |

| | Interrogatories | |
|---|---|---|
| 138. | Handwritten Notes re 01/07 LAWR candidates | Hearsay; foundation; relevance |
| 139. | 4/22/75 Memorandum from Dean L.E. Blades with attached Executive Session Minutes | Hearsay; foundation; relevance |
| 140. | C-Span recording of Back to the Drawing Board promotional event, January 21, 2003 | Hearsay; foundation; relevance |
| 141. | Book on Marquette academic conference - Integrating Science and Natural Family Planning (with chapter contributed by plaintiff) | Hearsay; foundation; relevance |
| 143. | Recording of Dawn Anderson's Faculty Presentation | Hearsay; foundation; relevance |
| 144. | Recording of Lorie Reins-Schweer's Faculty Presentation | Hearsay; foundation; relevance |
| 145. | Faculty Comments on Lorie Reins-Schweer (LAWR 2008) | Hearsay; foundation; relevance |
| 151. | "Queer Studies," published in Barrelhouse by Matt Williamson | Hearsay; foundation; relevance |
| 152. | 5/15/08 e-mail to "LawMailEveryone" re "WE WON IN CALIFORNIA" | Hearsay; foundation; relevance |
| 153. | 2/26/08 e-mail from Nancy Jones | Hearsay; foundation; relevance |

2.    Defendants' Exhibits:

| No.: | Description | Objections |
|---|---|---|
| 153. | Letter to Siegel from Wagner, 9/29/2011 | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 154. | ACT Position Announcement | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 155. | Wagner Resume | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 156. | Letter to Simon from Wagner, 6/22/2009 | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 157. | E-Mail to Carver from Wagner, 6/25/2009 | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 158. | Letter to Bauer from Wagner, 8/28/2009 | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 159. | Letter to Gentry from Wagner, 9/21/2009 | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 160. | Letter to Potter from Wagner, 10/9/2009 | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 161. | E-Mail to Gentry from Wagner, 12/8/2009 | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 162. | Staff Attorney Position 4230913 from Corridor Careers | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 163. | Handwritten Notes 2010 | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |
| 166. | E-Mail to Janis from Sidel, 1/20/2007 | Hearsay; foundation; relevance |
| 167. | E-Mail to Janis from Carlson, 1/20/2007 | Hearsay; foundation; relevance |
| 168. | E-Mail to Janis from Bonfield, 1/20/2007 | Hearsay; foundation; relevance |
| 169. | E-Mail to Janis from Bauer, 1/22/2007 | Hearsay; foundation; relevance |
| 170. | E-Mail to Janis from Buss, 1/20/2007 | Hearsay; foundation; relevance |
| 176. | Letter to Baldus from Wagner, 9/11/2008 | Relevance |
| 185 | E-Mail to LawMailVotingFaculty from Wing, 1/21/2007 | Hearsay; foundation; relevance |
| 186. | Letter to Wagner from Honohan, 11/24/2009 | Relevance; Plaintiff's Motion in limine #'s 5 and 6 |

**III.  WITNESSES:**

A.  Plaintiff's witnesses

1.  Teresa Wagner

Plaintiff will testify regarding all issues of liability and damages.

2.  Eric Andersen (adverse)

Associate Dean Andersen is expected to testify regarding his conversations with plaintiff, his support for plaintiff for the full-time and adjunct LAWR positions, the candidates for those positions, his knowledge regarding the needs for LAWR and hiring decisions from 2007-2009, and other issues of liability.

3.  Jon Carlson (adverse)

Associate Dean Carlson is expected to testify regarding his conversations with plaintiff, his e-mail of January 26, 2007, his support for plaintiff for the full-time and adjunct LAWR positions, his knowledge regarding the needs for LAWR and hiring decisions from 2007-2009, and other issues of liability.

4.  Carolyn Jones (adverse)

Dean Jones is expected to testify regarding her stated reasons for non-selection of plaintiff and selection of other candidates, her conversations with her Associate Deans regarding plaintiff, her role in the LAWR hiring process, authentication of documents she received, and other issues of liability.

5.  Randall Bezanson (adverse, via deposition transcript)

6.  Sheldon Kurtz (via deposition transcript)

7.  Theodore Potter (via deposition transcript)

8.  Nancy Jones (adverse)

Ms. Jones is expected to testify regarding her knowledge of plaintiff's performance in the Writing Resource Center, her knowledge of Matt Williamson, and the LAWR program generally.

9.  Dawn Anderson (adverse)

Ms. Anderson is expected to testify regarding her applications for full-time and adjunct LAWR positions, Matt Williamson, her compensation, and the LAWR program.

10. Viva Goettinger

2527 Q. St. NW, #208, Washington, D.C. 20007

Expected to testify regarding plaintiff's emotional and financial damages.

11. Frank Wagner

1104 Muscatine Ave, Iowa City, Iowa, 52240

Expected to testify regarding plaintiff's emotional and financial damages.

12. Caroline Mulrooney

799 Oakridge Drive, Rochester, New York, 14617

Expected to testify regarding plaintiff's emotional and financial damages.

13. John Regan

799 Oakridge Dr., Rochester, NY 14617-2029

Expected to testify regarding plaintiff's emotional and financial damages.

**PLAINTIFF DOES NOT GUARANTEE THE PRESENCE OF ANY WITNESSES AT TRIAL WITH THE EXCEPTION OF PLAINTIFF.**

B.     Defendants' Witnesses

1.    Carolyn Jones, Former Dean and Professor, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

She will testify to her role as Dean, the hiring process, her Wagner's job application and interview, the LAWR program and hiring decisions in that program.

2.    Dawn Anderson, Professor

College of Law
Boyd Law Building
Iowa City, IA 52242

She will testify to Wagner's job application and interview and the LAWR program.

3.    Eric Andersen, Associate Academic Dean and Professor, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

He will testify to Wagner's job application and interview and the LAWR program.

4.    Jonathan Carlson, Senior Associate to the President and Professor, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

He will testify to Wagner's job application and interview and the LAWR program.

5.    Arthur Bonfield, Professor and Associate Dean for Research, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

He will testify to Wagner's job application and interview and the LAWR program.

6.    Christina Bohannon, Professor

College of Law
Boyd Law Building
Iowa City, IA 52242

She will testify to Wagner's job application and interview and the LAWR program.

7.    Steven Burton, Professor, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

He will testify to Wagner's job application and interview and the LAWR program.

8.    Lois Cox, University Ombudsperson and Clinical Professor

College of Law
Boyd Law Building
Iowa City, IA 52242

She will testify to Wagner's job application and interview and the LAWR program.

9.    Ann Estin, Professor, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

She will testify to Wagner's job application and interview and the LAWR program.

10.    Dean N. William Hines, Dean Emeritus

College of Law
Boyd Law Building
Iowa City, IA 52242

He will testify to the role of the Dean, the hiring processes, and Wagner's job application and interview and the LAWR program.

11.    Herbert Hovenkamp, Professor, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

He will testify to Wagner's job application and interview and the LAWR program.

12.    Nancy Jones, Educ. Supp. Svcs. Crd./Mgr.

College of Law
Boyd Law Building
Iowa City, IA 52242

She will testify to Wagner's job application and interview and the LAWR program.

13.   Sheldon Kurtz, Professor, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

He will testify to Wagner's job application and interview and the LAWR program.

14.   Linda McGuire, Associate Dean

College of Law
Boyd Law Building
Iowa City, IA 52242

She will testify to Wagner's job application and interview and the LAWR program.

15.   Angela Onwuachi-Willig, Professor, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

She will testify to Wagner's job application and interview and the LAWR program.

16.   Todd Pettys, Professor, College of Law

College of Law
Boyd Law Building
Iowa City, IA 52242

He will testify to Wagner's job application and interview and the LAWR program.

17.   Caroline Sheerin, Legal Analysis, Writing & Research Faculty

College of Law
Boyd Law Building
Iowa City, IA 52242

She will testify to Wagner's job application and interview and the LAWR program.

18. Peggie Smith, Former Professor, College of Law
        Now at Washington University in St. Louis

    College of Law
    Boyd Law Building
    Iowa City, IA 52242

    She will testify to Wagner's job application and interview and the LAWR program.

19. John-Mark Stensvaag, Professor, College of Law

    College of Law
    Boyd Law Building
    Iowa City, IA 52242

    He will testify to Wagner's job application and interview and the LAWR program.

20. Grace Tully, College of Law

    College of Law
    Boyd Law Building
    Iowa City, IA 52242

    She will about hiring processes and the videotape of Wagner's job talk.

21. Adrien Wing, Associate Dean for Faculty Development and Professor, College of Law

    College of Law
    Boyd Law Building
    Iowa City, IA 52242

    She will testify to Wagner's job application and interview and the LAWR program.

**DEFENDANTS DO NOT GUARANTEE THE PRESENCE OF ANY WITNESSES AT TRIAL WITH THE EXCEPTION OF THE INDIVIDUALLY NAMED DEFENDANTS.**

## IV.  FACTUAL ISSUES:

A.  <u>For Plaintiff:</u>

1.   Whether Teresa Wagner's political beliefs and associations were a substantial or motivating factor in the Deans' decisions not to hire her.

2.   Whether Defendants can show that they would have made the same hiring decisions regardless of Wagner's political affiliations and beliefs.

3.   Whether Defendants proffered reason for not selecting plaintiff is true (ie. what was plaintiff asked and what did she answer at the interview on January 24, 2007?)

4.   Whether the dean(s) had discretion to hire (or not hire) the person whom the faculty recommended (ie., whether the dean(s) had the ability to hire Wagner absent the faculty's vote.)

5.   Whether Dean Jones had indications that Wagner's political beliefs and associations played a role in the faculty's hiring decisions.

6.   Whether a reasonable university dean would have believed that failing to hire Wagner was lawful in light of clearly established law.

7.   What are Teresa Wagner's recoverable damages.


B.  <u>For Defendants:</u>

1.   Whether Plaintiff had a legitimate claim of entitlement to a job at the University of Iowa College of Law.

2.   Whether Defendants had legitimate, nondiscriminatory reasons for not hiring Plaintiff.

3.   Whether Defendants acted within their discretion in matters of academic concern.

4.   Whether Defendants are entitled to qualified immunity.

5.   Whether Dean Jones could hire someone not approved by the faculty.

      6.      Whether Plaintiff failed to mitigate her damages.

## V.    LEGAL CONTENTIONS:

A.  Plaintiff's Legal Contentions:

1.      Plaintiff can meet her threshold burden to produce sufficient direct or circumstantial evidence that her political affiliation or beliefs were a substantial or motivating factor behind the refusal to hire her.

2.      The burden then shifts to defendants to produce enough evidence to establish that the refusal or failure to hire plaintiff would have occurred in any event for nondiscriminatory reasons.

3.      Defendants cannot meet their burden to show that they would have made the same hiring decisions regardless of Wagner's political affiliations and beliefs.

4.      Defendants had the ability to hire someone whom the faculty had not recommended but chose not to do so.

5.      Defendants are not entitled to qualified immunity.

6.      The Deans are individually liable under § 1983 because they were on notice that plaintiff's political beliefs and associations impermissibly affected the faculty's hiring recommendation, yet still refused to hire Wagner for any position.

7.      Defendants cannot meet their burden to establish the affirmative defense of mitigation of damages (see plaintiff's motion in limine.)

Defendants' Legal Contentions:

1.  Plaintiff had no legitimate claim of entitlement to a job at the University of Iowa College of Law.

2.  Defendants had legitimate, nondiscriminatory reasons for not hiring Plaintiff.

3.  Defendants acted within their discretion in matters of academic concern.

4.  Defendants are entitled to qualified immunity.

5.  Dean Jones could not hire someone not approved by the faculty.

6.  Plaintiff failed to mitigate her damages.

**VI.   LEGAL ISSUES:**

A.  Plaintiff's Legal Issues:

1.  See Plaintiff's Motion *in limine*.

2.  See plaintiff's proposed questions for voir dire; due to the nature of this case, this court and the parties must inquire, to some extent, into the potential political biases of the prospective jurors.

B.  Defendants' Legal Issues:

1.  Due to the nature of the case and the proximity of a national election, voir dire may be complicated by issues of political affiliation and political views.

2.  The political views and affiliations of witnesses may be an issue, as described in the Defendants' motion in limine.

**/S/ STEPHEN T. FIEWEGER**                  **THOMAS J. MILLER**
**STEPHEN T. FIEWEGER**                      Attorney General of Iowa

**JOHN F. DOAK**
**PETER C. FIEWEGER**
KATZ, HUNTOON & FIEWEGER, P.C.
1000 – 36TH Avenue
P.O. Box 950
Moline, Illinois  61266-0950

**/s/GEORGE A. CARROLL**
Assistant Attorney General-AT0001493
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa  50319
PHONE:  (515) 281-8330
FAX:  (515) 281-7219
E-MAIL:  George.carroll@iowa.gov
ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*

**PROOF OF SERVICE**

  The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on September 26, 2012:

☐ U.S. Mail             ☐ FAX
☐ Hand Delivery         ☐ Overnight Courier
☐ Federal Express       ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: /s/Betty Christensen