IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| TERESA R. WAGNER, | * | 3:09-cv-10 |
| Plaintiff, | * | |
| v. | * | |
| CAROLYN JONES, Former Dean Iowa College of Law (in her individual capacity), | * | VERDICT FORMS |
| Defendant. | * | |

**RECEIVED OCT 24 2012 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA**

## **Form One:**

On Plaintiff's claim for political discrimination, as explained in Instruction No. 6, we find in favor of :

_____ Plaintiff Teresa Wagner

\_\_\_\_X\_\_\_\_ Defendant Carolyn Jones

If you found in favor of Plaintiff Teresa Wagner on Form One, please answer Question One. If you found in favor of Defendant Carolyn Jones on Form One, *do not* answer Questions One or Two; instead, move on to Form Two.

\* ***Question One***:

As explained in Instruction No. 7, Has Defendant proved by the greater weight of the evidence that she would have made the same decision (i.e., would not have hired the Plaintiff as a LAWR instructor) regardless of Plaintiff's political beliefs and affiliations?

_____ No

_____ Yes

If your answer to Question One is "no," you must answer Question Two with the amount of damages you award Plaintiff. If your answer to Question One is "yes," you must answer Question Two by entering "none" as the amount of damages to award Plaintiff.

\*      ***Question Two*:**

We find Plaintiff Teresa Wagner's damages (as defined in Instruction Nos. 10–11) for political discrimination to be:

$_____ Wages and fringe benefits

$_____ Other past damages (such as emotional pain, etc.)

$_____ Future damages (such as emotional pain, etc.)

(in each blank, state the amount or, if none, write the word "none," or if you find that Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00).


# Form Two:
On Plaintiff's claim for violation of equal protection, as explained in Instruction No. 8, we find in favor of :

        _____    Plaintiff Teresa Wagner

        _____    Defendant Carolyn Jones

If you found in favor of Plaintiff Teresa Wagner on Form Two, please answer Question Three. If you found in favor of Defendant Carolyn Jones on Form Two, *do not* answer Question Three; instead, have your foreperson sign and date the verdict forms, and inform the Court Security Officer that you have reached your verdicts.

\*   ***Question Three*:**

We find Plaintiff Teresa Wagner's damages (as defined in Instruction Nos. 10–11) for violation of equal protection to be:

$_____ Wages and fringe benefits

$_____ Other past damages (such as emotional pain, etc.)

$_____ Future damages (such as emotional pain, etc.)

(in each blank, state the amount or, if none, write the word "none," or if you find that Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00).

_____
Foreperson                              Date