UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

TERESA R. WAGNER,

        Plaintiff

v.

CAROLYN JONES, Former Dean Iowa College of Law (in her individual capacity),

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:09-cv-10

☉ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

◯ DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that judgment is entered in favor of the Defendant, Carolyn Jones and against the Plaintiff, Teresa R. Wagner on form One of the jury verdict. Court declares a mistrial on form Two of jury verdict.

Date: October 25, 2012

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk