APPEAL TO
THE UNITED STATE COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| TERESA R. WAGNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Law No. 3:09-cv-10 |
| vs. | ) |
| | ) |
| CAROLYN JONES, Dean | ) |
| Iowa College of Law | ) |
| (in her official and individual capacities), | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Teresa R. Wagner, appeals to the United States Court of Appeals for the Eighth Circuit from the Order entered March 8, 2013 denying, *inter alia*, Plaintiff's Motion to Alter Judgment and for New Trial (as to an alleged jury verdict entered October 24, 2012 on Count I, after a mistrial had been declared as to both Counts I and II, and the jury discharged) and granting defendant Carolyn Jones' Motion for Judgment as a Matter of Law (on Count II, on which a mistrial was declared), as well as from the Judgment entered March 13, 2013.

                                                              KATZ, HUNTOON & FIEWEGER, P.C.


                                                       By: /s/Stephen T. Fieweger
                                                           Stephen T. Fieweger (AT0002490)

1000 - 36th Avenue
Moline, IL  61266-0950
Telephone:  309-797-3000
Fax:  309-797-2167
E-mail: sfieweger@katzlawfirm.com

Attorneys for Plaintiff
Teresa R. Wagner

## **CERTIFICATE OF SERVICE**

I hereby certify on March 18, 2013, I electronically filed Plaintiff's Notice of Appeal with the Clerk of the Court using the CM/ECF System which will send notification of this filing to the following:

george.carroll@iowa.gov
George A. Carroll

By: /s/Stephen T. Fieweger

s:\wp\worddoc\14512001.76NoticeAppeal

1000 - 36th Avenue
Moline, IL  61266-0950
Telephone:  309-797-3000
Fax:  309-797-2167
E-mail: sfieweger@katzlawfirm.com

Attorneys for Plaintiff
Teresa R. Wagner

## **CERTIFICATE OF SERVICE**

I hereby certify on March 18, 2013, I electronically filed Plaintiff's Notice of Appeal with the Clerk of the Court using the CM/ECF System which will send notification of this filing to the following:

george.carroll@iowa.gov
George A. Carroll

By: /s/Stephen T. Fieweger

s:\wp\worddoc\14512001.76NoticeAppeal