# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1650

Teresa R. Wagner

Appellant

v.

Carolyn Jones, Dean Iowa college of Law (in her official and individual capacities) and Gail B Agrawal, Dean Iowa college of Law (in her official and individual capacities)

Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:09-cv-00010-RP)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for panel rehearing is also denied.

Judge Colloton did not participate in the consideration or decision of this matter.

August 25, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans